**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Costas Kondylis*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
COSTAS KONDYLIS,                                             :
                                                             :   Case No.: 15-11831
                                    Debtor.                  :
------------------------------------------------------------ x

## DECLARATION OF COSTAS KONDYLIS PURSUANT TO LOCAL RULE 1007-2

COSTAS KONDYLIS declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am the debtor herein (the "Debtor") and I submit this declaration pursuant to Rule 1007-2 of the Local Rules of this Court.

2. I intend to file a voluntary Chapter 11 petition with the clerk of this court on or about July 13, 2015.

3. There is no other or prior bankruptcy case filed by or against me.

4. There has not been a committee of creditors organized prior to the order for relief in this Chapter 11 case. This case is not a small business debtor within the meaning of § 101(51D) of the Bankruptcy Code.

5. I am filing this Chapter 11 case in order to avoid a sheriff's sale of my house located in South Hampton, NY. A judgment creditor who obtained a judgment against me based upon a personal guarantee of a business loan has scheduled a Sheriff's sale of the house. The Sheriff's sale will be subject to at least two prior consensual liens as well as statutory tax liens in

favor of New York State and potentially the Internal Revenue Service. I believe that through the chapter 11 process, I will maximize value for all creditor constituents and avoid a fire sale of the house which is located in a very desirable area of South Hampton.

6. Unfortunately, I was diagnosed with Parkinson's Disease approximately five years ago which has hampered my ability to earn income. I still am able to practice my profession as a professional architect on a limited basis and earn some income.

7. I will provide a list of my twenty (20) largest unsecured creditors in the next few days.

8. A list of my five (5) largest secured creditors is annexed hereto as **Exhibit 1**.

9. A list of my assets and liabilities will be filed within the next few days.

10. None of my properties are in the possession or custody of any public officer, receiver, trustee, pledgee, assignee of rents, liquidator, secured creditor, or agent of any such person.

11. I reside part of the time at my apartment in New York City and part of the time at the South Hampton house.

12. My assets consist primarily of my fee ownership of the South Hampton house.

13. Aside from the litigation referenced above, which has proceeded to a judgment, I am a named defendant in some litigation pertaining to various projects where I acted as an architect. These cases are primarily covered by insurance.

14. I intend to continue in the operation of my businesses and management of my property pursuant to the provisions of Chapter 11, Title 11 of the United States Code.

15.   I am currently self-employed as an architect. I also receive monies to pay my medical expenses and related care costs from a trust which was set up by my daughter.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of July, 2015

/s/ Costas Kondylis
Costas Kondylis

EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of New York

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
COSTAS KONDYLIS,                                             :
                                                             :   Case No.: 15-11831
                            Debtor.                          :
------------------------------------------------------------ x

## LIST OF CREDITORS HOLDING 5 LARGEST SECURED CLAIMS

*Following is a list of the debtor's creditors holding the 5 largest secured claims. The list is prepared in accordance with Rule 1007-2(a)(5) of the Local Rules of this court for the filing in this Chapter 11 case.*

| NAME OF CREDITORS AND COMPLETE MAILING ADDRESS (INCLUDING ZIP CODE) | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS (INCLUDING ZIP CODE) OF EMPLOYEE, AGENT, OR DEPARTMENT (IF DIFFERENT FROM MAILING ADDRESS) OF CREDITOR FAMILIAR WITH CLAIM | AMOUNT OF CLAIM | DESCRIPTION AND EST. VALUE OF COLLATERAL SECURING CLAIM |
|---|---|---|---|
| M&T Bank c/o Schiller & Knapp LLP 950 New Loudon Road, Suite 109 Latham, NY 12110 | M&T Bank c/o Schiller & Knapp LLP 950 New Loudon Road, Suite 109 Latham, NY 12110 | $1,010,572.85 | First Mortgage on 416 North Main Street, South Hampton, NY 11968 |
| M&T Bank c/o Schiller & Knapp LLP 950 New Loudon Road, Suite 109 Latham, NY 12110 | M&T Bank c/o Schiller & Knapp LLP 950 New Loudon Road, Suite 109 Latham, NY 12110 | $875,000.00 | Second Mortgage on 416 North Main Street, South Hampton, NY 11968 |
| New York State Department of Taxation and Finance WA Harriman Campus Albany, NY 12227-0001 | New York State Department of Taxation and Finance WA Harriman Campus Albany, NY 12227-0001 | $155,304.72 | Statutory Tax Lien |
| NY Commercial Bank 1 Jericho Plaza Jericho, NY 11753 | NY Commercial Bank 1 Jericho Plaza Jericho, NY 11753 | $1,700,000.00 | Judgment Lien |

## DECLARATION UNDER PENALTY OF PERJURY

I, Costas Kondylis, the debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding the five (5) largest secured claims and that it is true and correct to the best of my information and belief.

Dated:  New York, New York
        July 13, 2015

                                            /s/ Costas Kondylis
                                            Costas Kondylis

{Client/082364/1/00964669.DOC;1 }