UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    COSTAS KONDYLIS,

                  Debtor.

Chapter 11

Case No. 15-11831

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS**

SIRS:

    PLEASE TAKE NOTICE THAT New York Commercial Bank hereby appears in the above captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to the Bankruptcy Rules 2002 and 9007 and Section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the persons listed below at the following address and telephone number:

        Harris Beach PLLC
        Lee E. Woodard, Esq.
        333 West Washington St., Suite 200
        Syracuse, New York  13202
        Telephone: (315) 423-7100

    PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

    The Notice of Appearance and demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of New York Commercial Bank: (1) to have final order in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any

proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; and (3) for any other rights, claims, actions, setoffs or recoupments to which New York Commercial Bank is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 11, 2015
      Syracuse, New York

    Yours, etc.

    HARRIS BEACH PLLC

    Lee E. Woodard, Esq.
    *Attorneys for New York Commercial Bank*
    333 West Washington Street, Suite 200
    Syracuse, New York 13202
    Telephone: (315) 423-7100
    Facsimile: (315) 422-9331
    lwoodard@harrisbeach.com

To:    Costas Kondylis
      416 North Main Street
      Southampton, NY 11968

      Scott S. Markowitz, Esq.
      Tarter Krinsky & Drogin LLP
      1350 Broadway, 11th Floor
      New York, NY 10018

      U.S. Trustee
      Office of the United States Trustee
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, NY 10014

228787 2615619v1