**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Costas Kondylis*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                            :    Chapter 11
                                                  :
COSTAS KONDYLIS,                                  :    Case No.: 15-11831 (SHL)
                                                  :
                              Debtor.             :
------------------------------------------------------------ x

**SUPPLEMENTAL AFFIDAVIT OF ANN CONROY IN SUPPORT OF DEBTOR'S APPLICATION FOR RETENTION OF DOUGLAS ELLIMAN REAL ESTATE AS THE DEBTOR'S EXCLUSIVE REAL ESTATE BROKER WITH RESPECT TO SALE OF PROPERTY LOCATED AT 416 NORTH MAIN STREET, SOUTHAMPTON, NEW YORK**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

Ann Conroy, being duly sworn, states as follows:

1.  I am a Real Estate Broker of Record and the President of the Long Island Division of Douglas Elliman Real Estate (the "Broker") with a principal place of business at 110 Walt Whitman Road, South Huntington, New York 11746.

2.  I submit this supplemental affidavit in support of the application (the "Application") of Costas Kondylis, the above-captioned debtor and debtor-in-possession (the "Debtor"), for an order authorizing it to retain the Broker as its exclusive real estate agent in its Chapter 11 case.

{Client/082364/1/01044412.DOC;1 }

3.   The purpose of the supplemental affidavit is to amplify paragraph 4 and paragraph 5 of my prior affidavit sworn to on December 16, 2015 (the "Initial Affidavit"). In the Initial Affidavit, I opined that the Broker, insofar as I have been able to ascertain, does not have any connection with the Debtor's creditors or other interested parties. The Initial Affidavit did not explain how I arrived at this conclusion. I arrived at this conclusion by reviewing a list of creditors of the Debtor provided by the Debtor's bankruptcy counsel. This list includes the current holder of the judicial lien on the South Hampton house who I understand purchased the judgment from a financial institution. I also submit this supplemental affidavit to clarify that my firm is being retained as a broker under section 327 of the Bankruptcy Code. Finally, the United States Trustee has expressed some concern over the industry standard of sharing my firm's brokerage commission if another cooperating broker delivers a buyer. I understand that such cooperating broker must also be disinterested as that term is defined in the Bankruptcy Code in order to share in the brokerage commissions.

_____
Ann Conroy
President, Long Island Division
Douglas Elliman Real Estate

Sworn to before me this
28th day of December, 2015

_____
Notary Public

GINA M. SCELTA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC4800538
Qualified in Suffolk County
My Commission Expires March 04, 20__

{Client/082364/1/01044412.DOC;1 }    2